# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**DEBTOR: Metal Check, Inc.**                    )          **CASE NO. 23-11279-JDL**
                                                  )          Chapter 11, Sub-Chapter V

### AMENDED PETITION
### CHAPTER 11, SUB-CHAPTER V

COMES NOW the undersigned, Christopher A. Wood, and submits the Amended Petition

for the purpose of initiating the Sub-Chapter V designation in the Court system for the above-

captioned matter.

s/Christopher A. Wood
Christopher A. Wood, OBA#12936
CHRISTOPHER A. WOOD & ASSOCIATES, P.C.
1133 N. Portland Avenue
Oklahoma City, OK 73107
cawlaw@hotmail.com
(405) 525-5005 Telephone
(405) 521-8567 Facsimile
Attorney for Debtor, Metal Check, Inc.

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number *(if known)*  **5:23-bk-11279**          Chapter  **11**

■ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Metal Check, Inc** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **73-1437677** | |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Principal place of business**

**5700 S High Ave**
**Oklahoma City, OK 73129-5612**
Number, Street, City, State & ZIP Code

**Oklahoma**
County

**Mailing address, if different from principal place of business**

**5700 S High Ave**
**Oklahoma City, OK 73129-5612**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

**5700 S High Ave Oklahoma City, OK 73129-5612**
Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

| Debtor | **Metal Check, Inc** | Case number (*if known*) | **5:23-bk-11279** |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply.*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor   **Metal Check, Inc**                                                Case number (*if known*)  **5:23-bk-11279**
         Name

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**   ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.**  **Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**   ■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.**  **Debtor's estimation of available funds**    .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.**  **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.**  **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.**  **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor   **Metal Check, Inc**                                     Case number (*if known*)   **5:23-bk-11279**
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Metal Check, Inc** | Case number (*if known*) | **5:23-bk-11279** |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 16, 2023**
                MM / DD / YYYY

X **/s/ Diana Salazar**                          **Diana Salazar**
Signature of authorized representative of debtor    Printed name

Title     **President**

**18. Signature of attorney**

X **/s/ Christopher Wood**                          Date **May 16, 2023**
Signature of attorney for debtor                         MM / DD / YYYY

**Christopher Wood ~OBA #12936**
Printed name

**Christopher A. Wood & Associates, P.C.**
Firm name

**1133 N Portland Ave**
**Oklahoma City, OK 73107-1543**
Number, Street, City, State & ZIP Code

Contact phone     **(405) 525-5005**     Email address     **cawlaw@hotmail.com**

**OBA #12936**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name **Metal Check, Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known) **5:23-bk-11279**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property*(Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property*(Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 16, 2023**          X **/s/ Diana Salazar**
                                        Signature of individual signing on behalf of debtor

                                        **Diana Salazar**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Metal Check, Inc** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION** |
| Case number (if known): | **5:23-bk-11279** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **First United Bank and Trust Co. 1400 W Main St Durant, OK 74701-4906** | | | | $478,366.76 | $995.00 | $477,371.76 |
| **Geomet Recycling, LLC 300 S International Rd Garland, TX 75042-6536** | | | | | | $294,386.98 |
| **IOU Financial 600 Townpark Ln NW Ste 100 Kennesaw, GA 30144-3736** | | | | | | $136,858.57 |
| **Financial Pacific Leasing 3455 S 344th Way Ste 300 Federal Way, WA 98001-9546** | | | | $101,254.15 | $0.00 | $101,254.15 |
| **Commercial Metals Company 6565 N Macarthur Blvd Ste 800 Irving, TX 75039-6283** | | | | | | $50,000.00 |
| **On Deck Capital, Inc. 1400 Broadway Fl 25 New York, NY 10018-5225** | | | | | | $46,065.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Metal Check, Inc**
_____
Name

Case number *(if known)*   **5:23-bk-11279**
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Komatsu 8770 W Bryn Mawr Ave Chicago, IL 60631-3515** | | | | **$274,433.00** | **$240,000.00** | **$34,433.00** |
| **Smith Carney, CPA c/o Matthew J. Major 5100 N Brookline Ave Ste 5100 Oklahoma City, OK 73112-3623** | | | | | | **$25,316.19** |
| **Ascension Capital Group PO Box 11407 Birmingham, AL 35246-0100** | | | | **$24,500.00** | **$0.00** | **$24,500.00** |
| **Brownstone Financial 75 Gilcreast Rd Londonderry, NH 03053-3564** | | | | | | **$23,400.00** |
| **Tmax Electric 9733 NW 6th St Oklahoma City, OK 73127-7102** | | | | | | **$22,603.55** |
| **Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102** | | | | | | **$18,730.64** |
| **Ascentium Capital Dept. # 3059 PO Box 11407 Birmingham, AL 35246-3059** | | | | **$19,000.00** | **$750.00** | **$18,250.00** |
| **MA+ Architecture 4000 N Classen Blvd Oklahoma City, OK 73118-2684** | | | | | | **$16,695.50** |
| **Oklahoma County Treasurer 320 Robert S Kerr 307 Oklahoma City, OK 73102** | | | | | | **$15,983.47** |
| **Ascension Capital PO Box 11407 Birmingham, AL 35246-0100** | | | | **$55,584.00** | **$40,000.00** | **$15,584.00** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Metal Check, Inc**
Name

Case number *(if known)*    **5:23-bk-11279**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oklahoma County Treasurer**<br>**320 Robert S Kerr 307**<br>**Oklahoma City, OK 73102** | | | | | | **$15,353.76** |
| **Alliance Funding Group**<br>**17542 17th St Ste 200**<br>**Tustin, CA 92780-1960** | | | | **$21,896.00** | **$10,000.00** | **$11,896.00** |
| **Alliance Funding Group**<br>**17542 17th St Ste 200**<br>**Tustin, CA 92780-1960** | | | | **$19,434.00** | **$10,000.00** | **$9,434.00** |
| **Ascentium Capital**<br>**Dept # 3059**<br>**PO Box 11407**<br>**Birmingham, AL 35246-0100** | | | | **$8,000.00** | **$2,500.00** | **$5,500.00** |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 3

**Fill in this information to identify the case:**

Debtor name __**Metal Check, Inc**_____

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION___

Case number (if known) __**5:23-bk-11279**_____

■ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................. $      **841,675.36**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................. $      **841,675.36**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $      **1,353,503.36**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $      **50,067.87**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$      **629,497.88**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b                        $      **2,033,069.11**

| Fill in this information to identify the case: |
|---|

Debtor name    **Metal Check, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known)    **5:23-bk-11279**

■ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1.   **Intrust Bank Account** | | 4818 | **$13,780.36** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.** | **$13,780.36** |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Metal Check, Inc** | Case number *(If known)* **5:23-bk-11279** |
|---|---|---|
| | Name | |

---

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials **Dead Batteries** | | $995.00 | | $995.00 |

| 20. | Work in progress |
|---|---|
| 21. | Finished goods, including goods held for resale |
| 22. | Other inventory or supplies |

| 23. | Total of Part 5. | $995.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

**24.  Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture | | | |
| 40. | Office fixtures **Embroidery Machine** | $2,500.00 | | $2,500.00 |
| | **LED Sign** | $750.00 | | $750.00 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Metal Check, Inc**                                    Case number *(If known)*  **5:23-bk-11279**
Name

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | |
|---|---|---|---|
| | Electronics, ATM machine with scrapright software; 3 printers, security system | $4,450.00 | | $4,450.00 |

| 42. | Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|
| | 42.1. Pictures on the walls | $500.00 | | $500.00 |

| 43. | Total of Part 7. | | $8,200.00 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2007 Freight Liner m2-106 | $30,000.00 | | $30,000.00 |
| 47.2. 2005 International  4300 | $20,000.00 | | $20,000.00 |
| 47.3. Black Wrecker | $10,000.00 | | $10,000.00 |
| 47.4. Red Wrecker - currently stolen | $10,000.00 | | $10,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
|---|---|---|---|---|
| | 2014 Komatsu PC 210 LC with Grapple | $40,000.00 | | $40,000.00 |
| | 2001 Bobcat 863 - dead | $0.00 | | $0.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Metal Check, Inc**_____    Case number *(If known)* **5:23-bk-11279**
Name

| | | | |
|---|---|---|---|
| **1996 Caterpillar 325L - dead** | **$0.00** | | **$0.00** |
| **2018 Unicarriers Forklift PF50DF S/N 9H23437** | **$5,000.00** | | **$5,000.00** |
| **2018 Sierra SLK 556 - Shear Baler S/N 124018** | **$380,000.00** | | **$380,000.00** |
| **Komatsu pc 240lc-11 with Magnet** | **$240,000.00** | | **$240,000.00** |
| **Komatsu PC 240LC with Shear** | **$80,000.00** | | **$80,000.00** |
| **Komatsu - dead** | **$0.00** | | **$0.00** |

51.    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.    $815,000.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Metal Check, Inc**_____   Case number *(If known)*  **5:23-bk-11279**_____
　　　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $13,780.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $995.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $815,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $837,975.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $837,975.36 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name   **Metal Check, Inc**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known)   **5:23-bk-11279**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Alliance Funding Group**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Black Wrecker** | **$21,896.00** | **$10,000.00** |
| --- | --- | --- | --- | --- |

**17542 17th St Ste 200**
**Tustin, CA 92780-1960**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6-18-2021**

**Last 4 digits of account number**
**3436**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | **Alliance Funding Group**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Red Wrecker - currently stolen** | $19,434.00 | $10,000.00 |
| --- | --- | --- | --- | --- |

**17542 17th St Ste 200**
**Tustin, CA 92780-1960**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8-15-2021**

**Last 4 digits of account number**
**3459**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated

**Do multiple creditors have an interest in the same property?**
■ No

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | Metal Check, Inc | Case number (if known) | 5:23-bk-11279 |
|---|---|---|---|
| | Name | | |

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

**2.3** | **Ascension Capital**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2014 Komatsu PC 210 LC with Grapple**

$55,584.00       $40,000.00

**PO Box 11407**
**Birmingham, AL**
**35246-0100**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4480**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Ascension Capital Group**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2001 Bobcat 863 - dead**

$24,500.00       $0.00

**PO Box 11407**
**Birmingham, AL**
**35246-0100**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12-29-2021**

**Last 4 digits of account number**
**5053**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5** | **Ascentium Capital**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Embrodiery Machine**

$8,000.00       $2,500.00

**Dept # 3059**
**PO Box 11407**
**Birmingham, AL**
**35246-0100**
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor **Metal Check, Inc**       Case number (if known) **5:23-bk-11279**
Name

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1779**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.6 | **Ascentium Capital** | **Describe debtor's property that is subject to a lien** | **$19,000.00**    **$750.00** |

Creditor's Name

**Dept. # 3059**
**PO Box 11407**
**Birmingham, AL**
**35246-3059**
Creditor's mailing address

**Describe the lien**

**LED Sign**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12-19-2019**

**Last 4 digits of account number**
**3152**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.7 | **Financial Pacific Leasing** | **Describe debtor's property that is subject to a lien** | **$101,254.15**    **$0.00** |

Creditor's Name

**3455 S 344th Way Ste 300**
**Federal Way, WA**
**98001-9546**
Creditor's mailing address

**Describe the lien**

**1996 Caterpillar 325L - dead**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2020**

**Last 4 digits of account number**
**5301**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 6

Debtor **Metal Check, Inc**
Name

Case number (if known) **5:23-bk-11279**

---

| 2.8 | **First United Bank and Trust Co.** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Dead Batteries**

$478,366.76          $995.00

**1400 W Main St**
**Durant, OK 74701-4906**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred
**12/2015**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7152**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Komatsu** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Komatsu pc 240lc-11 with Magnet**

$274,433.00          $240,000.00

**8770 W Bryn Mawr Ave**
**Chicago, IL 60631-3515**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred
**October 2022**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7408**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Komatsu** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Komatsu PC 240LC with Shear**

$25,576.00          $80,000.00

**8770 W Bryn Mawr Ave**
**Chicago, IL 60631-3515**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
■ No

---

| Debtor | **Metal Check, Inc** | | Case number (if known) | **5:23-bk-11279** |
|---|---|---|---|---|
| | Name | | | |

**2018**
**Last 4 digits of account number**
**4007**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Sumitomo Mitsui Finance and Leasing Co.** | **Describe debtor's property that is subject to a lien** | **$323,328.45** | **$380,000.00** |
|---|---|---|---|---|

Creditor's Name

**666 3rd Ave Fl 8**
**New York, NY 10017-4033**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**
**ote1**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2018 Sierra SLK 556 - Shear Baler  S/N 124018**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **Well Fargo** | **Describe debtor's property that is subject to a lien** | **$2,131.00** | **$5,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 77101**
**Minneapolis, MN 55480-7101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/2019**
**Last 4 digits of account number**
**9203**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2018 Unicarriers Forklift PF50DF S/N 9H23437**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$1,353,503.36**

Debtor   **Metal Check, Inc**
_____        Case number (if known)   **5:23-bk-11279**
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ascension Capital Group**<br>**PO Box 165028**<br>**Irving, TX 75016-5028** | Line __2.5__ | **1779** |
| **Ascension Capital Group**<br>**PO Box 165028**<br>**Irving, TX 75016-5028** | Line __2.3__ | **4480** |
| **Bruce F. Klein**<br>**222 NW 13th St**<br>**Oklahoma City, OK 73103-3703** | Line __2.11__ | **ote1** |
| **G. Rudy Hiersche, Jr.**<br>**PO Box 657**<br>**Oklahoma City, OK 73101-0657** | Line __2.7__ | **5301** |
| **Randy G. Gordon**<br>**130 N Broadway Ave Ste 100**<br>**Shawnee, OK 74801-6935** | Line __2.8__ | **7152** |
| **Regions Bank d/b/a Ascentium Capital**<br>**23970 Highway 59N**<br>**Kingwood, TX 77339** | Line __2.5__ | **1779** |
| **Regions Bank, dba Ascentium Capital**<br>**23970 Highway 59N**<br>**Kingwood, TX 77325** | Line __2.6__ | **3152** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Metal Check, Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known) **5:23-bk-11279**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,730.64** | **$0.00** |

**2.1**

Priority creditor's name and mailing address

**Oklahoma County Treasurer**

**320 Robert S Kerr 307**
**Oklahoma City, OK 73102**

Date or dates debt was incurred
**12-31-2020**

Last 4 digits of account number **8549**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2020 Business Personal Taxes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$18,730.64**    Priority amount **$0.00**

**2.2**

Priority creditor's name and mailing address

**Oklahoma County Treasurer**

**320 Robert S Kerr 307**
**Oklahoma City, OK 73102**

Date or dates debt was incurred
**12-31-2021**

Last 4 digits of account number **7677**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**2021 Business Personal Taxes**

Is the claim subject to offset?
■ No
☐ Yes

Total claim **$15,353.76**    Priority amount **$0.00**

| Debtor | **Metal Check, Inc** | Case number (if known) | **5:23-bk-11279** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,983.47 | $0.00 |
|---|---|---|---|---|
| | **Oklahoma County Treasurer** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **320 Robert S Kerr 307** | ☐ Unliquidated | | |
| | **Oklahoma City, OK 73102** | ☐ Disputed | | |

Date or dates debt was incurred
**12-31-2022**

Basis for the claim:
**2022 Business Personal Taxes**

Last 4 digits of account number **7677**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,400.00 |
|---|---|---|---|
| | **Brownstone Financial** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **75 Gilcreast Rd** | ☐ Disputed | |
| | **Londonderry, NH 03053-3564** | | |

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Commercial Metals Company** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **6565 N Macarthur Blvd Ste 800** | ☐ Disputed | |
| | **Irving, TX 75039-6283** | | |

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number __
Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|
| | **Galdino Moreno** | ☐ Contingent | |
| | **c/o Benjamin Oxford** | ☐ Unliquidated | |
| | **1800 S Baltimore Ave Ste 825** | ☐ Disputed | |
| | **Tulsa, OK 74119-5216** | | |

Date(s) debt was incurred **September 30, 2016**
Basis for the claim: __
Last 4 digits of account number **1542**
Is the claim subject to offset? ☐ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $294,386.98 |
|---|---|---|---|
| | **Geomet Recycling, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **300 S International Rd** | ☐ Disputed | |
| | **Garland, TX 75042-6536** | | |

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number **7605**
Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136,858.57 |
|---|---|---|---|
| | **IOU Financial** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **600 Townpark Ln NW Ste 100** | ☐ Disputed | |
| | **Kennesaw, GA 30144-3736** | | |

Date(s) debt was incurred __
Basis for the claim: __
Last 4 digits of account number **9931**
Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 2023 CINGroup - www.cincompass.com

| Debtor | **Metal Check, Inc** | Case number (if known) | **5:23-bk-11279** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | **Lauren Kraemer** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number  4887 ** | Basis for the claim: __ | |
| | | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,695.50** |
|---|---|---|---|
| | **MA+ Architecture** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **4000 N Classen Blvd** | ☐ Disputed | |
| | **Oklahoma City, OK 73118-2684** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|
| | **Michael J. Blaschke** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **3555 NW 58th St Ste 1000** | ☐ Disputed | |
| | **Oklahoma City, OK 73112-4723** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,065.00** |
|---|---|---|---|
| | **On Deck Capital, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **1400 Broadway Fl 25** | ☐ Disputed | |
| | **New York, NY 10018-5225** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$823.06** |
|---|---|---|---|
| | **Radius Global** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **600 Longwater Dr Ste 107** | ☐ Disputed | |
| | **Norwell, MA 02061-1639** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,180.00** |
|---|---|---|---|
| | **Rays Sewer Service** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **PO Box 54836** | ☐ Disputed | |
| | **Oklahoma City, OK 73154-1836** | | |
| | **Date(s) debt was incurred __** | Basis for the claim: __ | |
| | **Last 4 digits of account number  heck ** | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,316.19** |
|---|---|---|---|
| | **Smith Carney, CPA** | ☐ Contingent | |
| | **c/o Matthew J. Major** | ☐ Unliquidated | |
| | **5100 N Brookline Ave Ste 5100** | ☐ Disputed | |
| | **Oklahoma City, OK 73112-3623** | | |
| | **Date(s) debt was incurred  8-31-2021 ** | Basis for the claim: __ | |
| | **Last 4 digits of account number  2000 ** | Is the claim subject to offset? ☑ No  ☐ Yes | |

Debtor  **Metal Check, Inc**

Name

Case number (if known)  **5:23-bk-11279**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,603.55 |
|------|------|------|------|

**Tmax Electric**

**9733 NW 6th St**
**Oklahoma City, OK 73127-7102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,469.03 |
|------|------|------|------|

**Trilink - First Onsite**

**3300 N Santa Fe Ave**
**Oklahoma City, OK 73118-8807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|------|------|------|
| 4.1 | **Benjamin J. Oxford**<br>**1800 S Baltimore Ave Ste 825**<br>**Tulsa, OK 74119-5216** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **1542** |
| 4.2 | **J. Mark McAlester**<br>**211 N Robinson Ave Ste 800N**<br>**Oklahoma City, OK 73102-7258** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **1542** |
| 4.3 | **Michael K. Hurst**<br>**2100 Ross Ave Ste 2700**<br>**Dallas, TX 75201-7919** | Line **3.4**<br><br>☐ Not listed. Explain ____ | **7605** |
| 4.4 | **On Deck**<br>**4700 W Daybreak Pkwy**<br>**South Jordan, UT 84009-5120** | Line **3.9**<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Radius**<br>**7831 Glenroy Rd Ste 250-A**<br>**Minneapolis, MN 55439-3132** | Line **3.10**<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | **Thomas G. Ferguson, Jr.**<br>**941 E Britton Rd**<br>**Oklahoma City, OK 73114-7802** | Line **3.3**<br><br>☐ Not listed. Explain ____ | **1542** |

---

**Part 4:**   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|------|------|------|
| 5a. Total claims from Part 1 | 5a. | $ 50,067.87 |
| 5b. Total claims from Part 2 | 5b. + | $ 629,497.88 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 679,565.75 |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Metal Check, Inc**                                    Case number (if known)    **5:23-bk-11279**
         Name

```
Fill in this information to identify the case:
```

Debtor name      **Metal Check, Inc**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known)    **5:23-bk-11279**

■ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **2007 Freightliner M2 Wrecker** | |
| State the term remaining | **Alliance Funding Group c/o Joseph Crepeau 17542 17th St Ste 200 Tustin, CA 92780-1960** |
| List the contract number of any government contract **21-13436** | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **2014 Komatsu Excavator** | |
| State the term remaining | **Alliance Funding Group Attn: Joseph Crepeau 17542 17th St Ste 200 Tustin, CA 92780-1960** |
| List the contract number of any government contract **21-14480** | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest **2005 International 4300 Wrecker** | |
| State the term remaining | **Alliance Funding Group Attn: Joseph Crepeau 17542 17th St Ste 200 Tustin, CA 92780-1960** |
| List the contract number of any government contract **21-13459** | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest **2002 Bobcat** | |
| State the term remaining | **Alliance Funding Group Attn: Joseph Crepeau 17542 17th St Ste 200 Tustin, CA 92780-1960** |
| List the contract number of any government contract **21-15053** | |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor 1  **Metal Check, Inc**                                    Case number (*if known*)  **5:23-bk-11279**
_____
First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office and Land** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Diana Salazar**<br>**2001 Huntington Ave**<br>**Nichols Hills, OK 73116-5112** |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

**Fill in this information to identify the case:**

Debtor name **Metal Check, Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known) **5:23-bk-11279**

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Diana Salazar | 2001 Huntington Ave<br>Nichols Hills, OK 73116-5112 | Financial Pacific Leasing | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Diana Salazar | 2001 Huntington Ave<br>Nichols Hills, OK 73116-5112 | First United Bank and Trust Co. | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Diana Salazar | 2001 Huntington Ave<br>Nichols Hills, OK 73116-5112 | Sumitomo Mitsui Finance and Leasing Co. | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Metal Check, Inc**

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA, OKLAHOMA DIVISION

Case number (if known) **5:23-bk-11279**

■ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$8,183,887.00** |
| **For the fiscal year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$6,801,609.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Sumitomo Mitsui Finance and Leasing<br>666 3rd Ave<br>New York, NY 10017-4011** | | **$15,225.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Metal Check, Inc**                                    Case number *(if known)*   **5:23-bk-11279**

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Diana Salazar<br>2001 Huntington Ave<br>Nichols Hills, OK 73116-5112<br>President | **Monthly** | **$180,000.00** | **$15,000 monthly Rent** |
| 4.2.  Diana Salazar<br>2001 Huntington Ave<br>Nichols Hills, OK 73116-5112<br>President | **Monthly** | **$52,000.00** | **Salary** |
| 4.3.  Diana Salazar<br>2001 Huntington Ave<br>Nichols Hills, OK 73116-5112<br>President | **Monthly** | **$10,700.00** | **Monthly draw - estimated** |

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Financial Pacific Leasing Inc v. Metalcheck Inc.**<br>**CJ-2023-874** | **collections breach of agreement** | **Oklahoma County Courthouse** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **First United Bank And Trust Co. v. Metal Check Inc., and Diana K. Salazar**<br>**CJ-2022-680** | **Collection** | **Cleveland County Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Metal Check, Inc**  Case number *(if known)*  **5:23-bk-11279**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Galdino Moreno v. Metal Check, Inc.,**<br>**CJ-2022-1542** | **Negligence** | **Oklahoma County Courthouse**<br>**320 Robert S Kerr Ave**<br>**Oklahoma City, OK**<br>**73102-3457** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Sumitomo Mitsui Finance And Leasing Company v. Metal Check, Inc., et al.**<br>**CJ-2023=161** | **Indebtedness** | **Oklahoma County Courthouse**<br>**320 Robert S Kerr Ave**<br>**Oklahoma City, OK**<br>**73102-3457** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Geomet Recycling, LLC v. Metal Check, Inc.**<br>**DC-20-17605** | **Breach of contract** | **Dallas County District Court**<br>**600 Commerce St # 692**<br>**Dallas, TX 75202-4606** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Lauren Kraemer v. Metal Check, Inc., and Diana Salazar**<br>**SC-2023-4887** | **Indebtedness** | **Oklahoma County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cash stolen from ATM - amount estimated** | | **2022** | **$500,000.00** |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

---

| Debtor | Metal Check, Inc | Case number *(if known)* | 5:23-bk-11279 |

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Christopher A. Wood & Associates** **1133 N Portland Ave** **Oklahoma City, OK 73107-1543** | | **March 7, 2023** | **$7,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor  **Metal Check, Inc**                                    Case number *(if known)*  **5:23-bk-11279**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

**Drivers license collected and protected through scrapyard specific software**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■  No. Go to Part 10.

☐  Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor   **Metal Check, Inc**   Case number *(if known)*   **5:23-bk-11279**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Smith Carney**<br>**5100 N Brookline Ave Ste 5100**<br>**Oklahoma City, OK 73112-3623** | **2021-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

Software Copyright (c) 2023 CINGroup - www.cincompass.com

Debtor    **Metal Check, Inc**                                    Case number *(if known)*  **5:23-bk-11279**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Diana Salazar | 2001 Huntington Ave Oklahoma City, OK 73116-5112 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Diana Salazar 2001 Huntington Ave Nichols Hills, OK 73116-5112 | | | Distributions |
| **Relationship to debtor** President and 100% Equity Owner | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Metal Check, Inc** | Case number *(if known)* | **5:23-bk-11279** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 16, 2023**

**/s/ Diana Salazar**                                                          **Diana Salazar**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

■ No
☐ Yes

---

Software Copyright (c) 2023 CINGroup - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Oklahoma, Oklahoma Division

In re **Metal Check, Inc** _____    Case No. **5:23-bk-11279**

_____    Chapter **11**
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR - AMENDED

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **7,000.00** |
| Prior to the filing of this statement I have received | $ | **7,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Filing Fee included**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 16, 2023** _____    **/s/ Christopher Wood** _____
*Date*    **Christopher Wood ~OBA #12936**
   *Signature of Attorney*
   **Christopher A. Wood & Associates, P.C.**

   **1133 N Portland Ave**
   **Oklahoma City, OK 73107-1543**
   **(405) 525-5005  Fax: (405) 521-8567**
   **cawlaw@hotmail.com**
   *Name of law firm*

---

# United States Bankruptcy Court
## Western District of Oklahoma, Oklahoma Division

In re __Metal Check, Inc__                        Case No. __5:23-bk-11279__

Debtor(s)            Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diana Salazar**<br>**2001 Huntington Ave**<br>**Nichols Hills, OK 73116-5112** | **Common Stockholder** | **100** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __May 16, 2023__            Signature __/s/ Diana Salazar__

                                                     **Diana Salazar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Alliance Funding Group
c/o Joseph Crepeau
17542 17th St Ste 200
Tustin, CA  92780-1960


Alliance Funding Group
Attn: Joseph Crepeau
17542 17th St Ste 200
Tustin, CA  92780-1960


Alliance Funding Group
17542 17th St Ste 200
Tustin, CA  92780-1960


Ascension Capital
PO Box 11407
Birmingham, AL  35246-0100


Ascension Capital Group
PO Box 11407
Birmingham, AL  35246-0100


Ascension Capital Group
PO Box 165028
Irving, TX  75016-5028


Ascentium Capital
Dept # 3059
PO Box 11407
Birmingham, AL  35246-0100
```

Ascentium Capital
Dept. # 3059
PO Box 11407
Birmingham, AL   35246-3059


Benjamin J. Oxford
1800 S Baltimore Ave Ste 825
Tulsa, OK   74119-5216


Brownstone Financial
75 Gilcreast Rd
Londonderry, NH   03053-3564


Bruce F. Klein
222 NW 13th St
Oklahoma City, OK   73103-3703


Commercial Metals Company
6565 N Macarthur Blvd Ste 800
Irving, TX   75039-6283


Diana Salazar
2001 Huntington Ave
Nichols Hills, OK   73116-5112


Financial Pacific Leasing
3455 S 344th Way Ste 300
Federal Way, WA   98001-9546

First United Bank and Trust Co.
1400 W Main St
Durant, OK  74701-4906


G. Rudy Hiersche, Jr.
PO Box 657
Oklahoma City, OK  73101-0657


Galdino Moreno
c/o Benjamin Oxford
1800 S Baltimore Ave Ste 825
Tulsa, OK  74119-5216


Geomet Recycling, LLC
300 S International Rd
Garland, TX  75042-6536


IOU Financial
600 Townpark Ln NW Ste 100
Kennesaw, GA  30144-3736


J. Mark McAlester
211 N Robinson Ave Ste 800N
Oklahoma City, OK  73102-7258


Komatsu
8770 W Bryn Mawr Ave
Chicago, IL  60631-3515

MA+ Architecture
4000 N Classen Blvd
Oklahoma City, OK  73118-2684


Michael J. Blaschke
3555 NW 58th St Ste 1000
Oklahoma City, OK  73112-4723


Michael K. Hurst
2100 Ross Ave Ste 2700
Dallas, TX  75201-7919


Oklahoma County Treasurer
320 Robert S Kerr 307
Oklahoma City, OK  73102


On Deck
4700 W Daybreak Pkwy
South Jordan, UT  84009-5120


On Deck Capital, Inc.
1400 Broadway Fl 25
New York, NY  10018-5225


Radius
7831 Glenroy Rd Ste 250-A
Minneapolis, MN  55439-3132

Radius Global
600 Longwater Dr Ste 107
Norwell, MA  02061-1639


Randy G. Gordon
130 N Broadway Ave Ste 100
Shawnee, OK  74801-6935


Rays Sewer Service
PO Box 54836
Oklahoma City, OK  73154-1836


Regions Bank d/b/a Ascentium Capital
23970 Highway 59N
Kingwood, TX  77339


Regions Bank, dba Ascentium Capital
23970 Highway 59N
Kingwood, TX  77325


Smith Carney, CPA
c/o Matthew J. Major
5100 N Brookline Ave Ste 5100
Oklahoma City, OK  73112-3623


Sumitomo Mitsui Finance and Leasing Co.
666 3rd Ave Fl 8
New York, NY  10017-4033

Thomas G. Ferguson, Jr.
941 E Britton Rd
Oklahoma City, OK  73114-7802


Tmax Electric
9733 NW 6th St
Oklahoma City, OK  73127-7102


Trilink - First Onsite
3300 N Santa Fe Ave
Oklahoma City, OK  73118-8807


Well Fargo
PO Box 77101
Minneapolis, MN  55480-7101

**United States Bankruptcy Court**
**Western District of Oklahoma, Oklahoma Division**

IN RE:                                                    Case No. **5:23-bk-11279**

**Metal Check, Inc**                                      Chapter **11**

                    Debtor(s)

**AMENDED VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **May 16, 2023**          Signature: _/s/ Diana Salazar_
                               **Diana Salazar, President**                         Debtor

Date: _____          Signature: _____
                                                                      Joint Debtor, if any

FORM 7007.1-1 (10/07)

## United States Bankruptcy Court
### Western District of Oklahoma, Oklahoma Division

| | |
|---|---|
| IN RE: | Case No. __5:23-bk-11279__ |
| **Metal Check, Inc** | Chapter __11__ |
| Debtor(s) | |

## CORPORATE OWNERSHIP STATEMENT

       Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

Metal Check, Inc., a
[Name of Corporate Party]

       (check one):

[ X ]  Corporate Debtor

[  ]  Party to an adversary proceeding

[  ]  Party to a contested matter

[  ]  Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly  **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[ X ]     There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

       Dated this **16th** day of **May**, **2023**.

 

*/s/ Christopher Wood*_____
Attorney Name, OBA #**OBA #12936**
[Address/Telephone/Fax/Email]
**Christopher Wood**
**1133 N Portland Ave**
**Oklahoma City, OK  73107-1543**
**Phone: (405) 525-5005  Fax:  (405) 521-8567**
**cawlaw@hotmail.com**
Attorney for **Metal Check, Inc**