# Metal Check Inc
## Projected Cash Flow

| Starting date | Apr-30 |
|---|---|

| | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Cash on hand (beginning of month)** | 40,269 | 64,244 | 88,221 | 112,197 | 84,573 | 108,550 | 132,526 | 156,503 | 128,878 | 152,855 | 176,831 | 200,808 | 173,183 | |

| CASH RECEIPTS | Week1 | Week2 | Week3 | Week4 | Week5 | Week6 | Week7 | Week8 | Week9 | Week10 | Week11 | Week12 | Week13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collections | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 2,538,924 |
| Returns and allowances | | | | | | | | | | | | | | 0 |
| Owner contributions | | | | | | | | | | | | | | 0 |
| **TOTAL CASH RECEIPTS** | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 211,577 | 2,538,924 |
| **Total cash available** | 251,846 | 275,821 | 299,798 | 323,774 | 296,150 | 320,127 | 344,103 | 368,080 | 340,455 | 364,432 | 388,408 | 412,385 | 384,760 | |

| CASH PAID OUT | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 180 |
| Frieght | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 6,589 | 79,068 |
| Employee benefit programs | | | | | | | | | | | | | | 0 |
| Insurance (other than health) | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 919 | 11,028 |
| Interest expense | | | | | | | | | | | | | | 0 |
| Materials and supplies (in COGS) | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 163,966 | 1,967,592 |
| Meals | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 240 |
| Office expense | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 53 | 636 |
| Professional Fees (Legal and Accounting) | | | | 2,800 | | | | 2,800 | | | | 2,800 | | 8,400 |
| Rent or lease | | | | 15,000 | | | | 15,000 | | | | 15,000 | | 45,000 |
| Rent or lease: vehicles, equipment | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 929 | 11,148 |
| Repairs and maintenance | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 910 | 10,914 |

|  | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplies (not in COGS) | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 357 | 4,284 |
| Taxes and licenses | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 2,702 | 32,424 |
| Software | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 122 | 1,464 |
| Utilities | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 944 | 11,328 |
| Wages (less emp. credits) | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 7,748 | 92,976 |
| Bank Charges | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 162 | 1,944 |
| Automobile Expense | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 9,996 |
| Security | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 332 | 3,984 |
| Miscellaneous |  |  |  |  |  |  |  |  |  |  |  |  |  | 0 |
| **SUBTOTAL** | 186,601 | 186,600 | 186,600 | 204,400 | 186,600 | 186,600 | 186,600 | 204,400 | 186,600 | 186,600 | 186,600 | 204,400 | 186,600 | 2,292,606 |
| **CASH PAID OUT** | Week 1 | Week 2 | Week 3 | Week 4 | Week 5 | Week 6 | Week 7 | Week 8 | Week 9 | Week 10 | Week 11 | Week 12 | Week 13 | Total |
| Equipment Note Payments |  |  |  | 23,101 |  |  |  | 23,101 |  |  |  | 23,101 |  | 69,303 |
| Owners' withdrawal | 1,000 | 1,000 | 1,000 | 11,700 | 1,000 | 1,000 | 1,000 | 11,700 | 1,000 | 1,000 | 1,000 | 11,700 | 1,000 | 44,100 |
| **TOTAL CASH PAID OUT** | 187,601 | 187,600 | 187,600 | 239,201 | 187,600 | 187,600 | 187,600 | 239,201 | 187,600 | 187,600 | 187,600 | 239,201 | 187,600 | 2,406,009 |
| **Cash on hand (end of week)** | 64,244 | 88,221 | 112,197 | 84,573 | 108,550 | 132,526 | 156,503 | 128,878 | 152,855 | 176,831 | 200,808 | 173,183 | 197,160 |  |

Exhibit A