**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Metal Check, Inc., | ) | Case No. 23-11279-JDL |
| | ) | (Chapter 11) |
| | ) | |
| Debtors. | ) | |

**SUBCHAPTER V TRUSTEE'S WITNESS AND EXHIBIT LIST**
**FOR HEARING ON INTERIM MOTION TO USE CASH COLLATERAL**
**SET FOR MAY 25, 2023 AT 11:00 A.M.**

Stephen J. Moriarty, Subchapter V Chapter 11 Trustee ("Trustee"), submits his list of witnesses and exhibits regarding the hearing on Trustee's Limited Objection [Dkt. 21] to Debtor, Metal Check, Inc. ("Debtor") Emergency Motion for Order Authorizing Interim Use of Cash Collateral and Providing Post-Petition Liens (the "Interim Cash Collateral Motion") [Dkt. 12] set for May 25, 2023 at 11:00 a.m.

I. <u>EXHIBITS</u>:

1. Voluntary Petition, Schedules, Statement of Financial Affairs, and related documents [Dkt. 1].

2. Interim Cash Collateral Motion, with exhibits [Dkt. 12].

3. Affidavit of Diana Salazar [Dkt. 18].

4. Trustee's Limited Objection to Interim Cash Collateral Motion [Dkt. 21].

5. All exhibits to which Trustee does not assert an objection.

II. <u>WITNESSES</u>:

1. Diana Salazar, President of Debtor.

2. All witnesses to which Trustee does not assert an objection.

Trustee reserves the right to supplement and amend this list.

Trustee estimates his presentation of evidence and argument at fifteen (15) minutes.

/s/ Stephen J. Moriarty
Stephen J. Moriarty, OBA No. 6410
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS
100 North Broadway, Suite 1700
Oklahoma City, OK  73102-8820
Telephone:    (405) 232-0621
Facsimile:     (405) 232-9659
E-mail:smoriarty@fellerssnider.com

**SUBCHAPTER V TRUSTEE**

**CERTIFICATE OF MAILING**

I hereby certify that on May 22, 2023, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to all registered participants.

 */s/ Stephen J. Moriarty*
 Stephen J. Moriarty

906596;08870